proceed further *in forma pauperis*, denied. *Mr. Henry H. Henley* for petitioners. No appearance for the United States.

No. 809. CONNER *v.* ALABAMA GREAT SOUTHERN R. CO. ET AL. March 5, 1934. Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Horace C. Wilkinson* for petitioner. No appearance for respondents.

No. 766. UNITED ENGINEERING & FOUNDRY CO. *v.* COLD METAL PROCESS CO. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Melville Church, A. Leo Weil,* and *Jo. Baily Brown* for petitioner. *Messrs. Thomas G. Haight* and *Clarence P. Byrnes* for respondent.

No. 711. MAHONING INVESTMENT CO. *v.* UNITED STATES. March 5, 1934. Petition for writ of certiorari to the Court of Claims denied. The motion to remand is also denied. *Messrs. Howe P. Cochran* and *Frederick S. Winston* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 712. ROCHESTER & PITTSBURGH COAL & IRON CO. *v.* UNITED STATES. March 5, 1934. Petition for writ of certiorari to the Court of Claims denied. The motion to remand is also denied. *Messrs. Howe P. Cochran* and *Frederick S. Winston* for petitioner. *Solicitor General*

676

*Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 706. ATLANTIC MILLS OF RHODE ISLAND *v.* UNITED STATES. March 5, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Mark J. Ryan* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. Erwin N. Griswold* for the United States.

No. 724. WHEELOCK ET AL., RECEIVERS, *v.* YOUNG, ADMINISTRATRIX. March 5, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Frank Y. Gladney, Ralph T. Finley, Silas H. Strawn, James C. Jones, F. H. Sullivan, Chas. M. Miller, Lon O. Hocker,* and *Wm. O. Reeder* for petitioners. No appearance for respondent.

No. 725. MUTUAL LIFE INSURANCE Co. *v.* WELLS FARGO BANK & UNION TRUST Co. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. F. Eldred Boland, John H. Riordan,* and *Leo R. Friedman* for petitioner. *Messrs. Sidney M. Ehrman* and *Arnold C. Lackenbach* for respondent.

No. 735. HUGART *v.* ADERHOLD, WARDEN. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Wm. E. Leahy* and *Wm. J. Hughes, Jr.,* for petitioner. *Solicitor General Biggs* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for respondent.